# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DIANE LIMON, ) CV 10-1589-SH
)
    Plaintiff, ) JUDGMENT
)
  v. )
)
MICHAEL J. ASTRUE, )
Commissioner, Social Security, )
Administration, )
)
    Defendant. )
_____ )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: June 8, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE